**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JAMES LIGHTFOOT,**

    **Plaintiff,**

    **v.**

**HENRY ROSSKOPF,**

    **Defendant.**

**Civil Action No. 04-1059 (JMF)**

**ORDER**

In accordance with the accompanying Memorandum Opinion, the following is, hereby,

**ORDERED:**

1.    Plaintiff shall, within ten days of the date of this Order, provide to defendant the

following documents:

    a.    March 12, 2003 Lightfoot Application to Boxley, with attachments.

    b.    March 20, 2003 letter/document to Lightfoot from Graves.

    c.    April 3, 2003 letter from Graves to Lightfoot.

    d.    April 16, 2003 letter from Graves to Lightfoot.

    e.    April 30, 2003 letter from Graves to Lightfoot.

    f.    May 4, 2003 letter from Lightfoot to Graves.

    g.    Undated letter from Blackwell to Lightfoot notifying him that his

separation was effective May 7, 2003.

    h.    April 7, 2004 letter from District of Columbia to attorney Clair.

    i.       February 20, 2004 letter from Valerie Jones to Mr. Clair.

    j.       May 3, 2004 letter from Kenneth Saunders, Director of Office of Human Rights to attorney Clair.

    k.      May 11, 2004 letter from Kenneth Saunders to attorney Clair.

Also within ten days of the date of this Order, plaintiff will provide the court with a privilege log as to the following remaining documents:

    a.      May 16, 2003 certified mail grievance from Lightfoot to Superintendent of Public Schools for the District of Columbia..

    b.      February 20, 2004 letter from Jones to Lightfoot or his representatives.

    c.      April 28, 2004 affidavit executed by Mr. Lightfoot in the Office of Human Rights.

    d.      May (sic, should be March) 15, 2003 letter from attorney Claire to Superintendent of Public School.

    e.      April 16, 2003 letter from attorney Clair to Annette Adams.

    f.      May 5, 2003 letter from attorney Clair to Thomas Gay.

    g.      April 25, 2003 letter from attorney Clair to Loretta Blackwell.

    h.      May 11, 2004 letter from attorney Clair to Hyton Demus.

    i.       June 23, 2004 status report from attorney Clair to Office of Human Rights.

    j.       August 2, 2004 letter from attorney Clair to Bobby James Hoet.

Within ten days of defendant's receipt of the privilege log, defendant will supplement his original motion to compel, as explained in the accompanying Memorandum Opinion.

Finally, within ten days of the date of this Order, defendant will comply with the

disclosure requirement of Local Civil Rule 7.1 or file a praecipe indicating that this rule does not apply.

It is also, hereby,

**ORDERED** that defendant's <u>Motion to Compel Discovery</u> [#23] is **GRANTED** in part and **STAYED** in part.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
Dated:                                                   UNITED STATES MAGISTRATE JUDGE

3