# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JAMES LIGHTFOOT,**

    **Plaintiff,**

    **v.**

**HENRY ROSSKOPF,**

    **Defendant.**

**Civil Action No. 04-1059 (JMF)**

## ORDER

Following the first pretrial conference, held on June 30, 2005, the following is, hereby,

**ORDERED:**

1.     Plaintiff shall produce, for defendant, the April 3, 2003 letter from plaintiff to the Superintendent of Schools.

2.     Both plaintiff's and defendant's exhibits are stricken as hearsay.

3.     A final pretrial conference is scheduled for July 21, 2005 at 9:30 a.m.

**SO ORDERED.**

_____

JOHN M. FACCIOLA

Dated:                    UNITED STATES MAGISTRATE JUDGE