UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JAMES LIGHTFOOT,**

    Plaintiff,

    v.

**HENRY ROSSKOPF,**

    Defendant.

Civil Action No. 04-1059 (JMF)

### ORDER

Following the pretrial conference held on July 21, 2005, the following is, hereby,

**ORDERED**:

1. Neither party may call any witness who is not listed in the Joint Pretrial Statement.

2. Neither party may offer any exhibit that is not listed in the Joint Pretrial Statement. However, as I have just stricken all exhibits offered by the parties in the Joint Pretrial Statement, either party may, at trial, move me to reconsider.

3. Plaintiff will be permitted to testify that he sustained physical and mental injuries as a result of the accident but plaintiff will not be permitted to testify that, in his opinion, the accident aggravated a pre-existing condition.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: